1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,

Plaintiff.

Case No. 18-cv-02028-JST (PR)

**ORDER OF DISMISSAL**

This case was opened as a civil rights action pursuant to 42 U.S.C. § 1983 on April 3, 2018, when plaintiff, a prisoner of the State of California, filed a letter to the Honorable Thelton E. Henderson (Ret.) complaining about conditions at California State Prison–Los Angeles County. That day, the Clerk notified plaintiff that he had not filed a complaint or an application to proceed in forma pauperis ("IFP"). The Clerk also mailed to plaintiff the Court's complaint and IFP forms and told him that he must complete these documents within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed, and plaintiff has not completed the necessary documents. Although plaintiff attempted to file an IFP application, it did not include a Certificate of Funds signed by an authorized prison officer. See ECF No. 4. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Any motion to reopen must contain a completed civil rights complaint form as well as a completed prisoner's IFP application

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 15, 2018

JON S. TIGAR
United States District Judge